**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.   15-cv-00137-WYD-MJW

CARL VAN STEEN,

Plaintiff,

v.

CIGNA CORPORATION, d/b/a/ CIGNA GROUP INSURANCE, LIFE INSURANCE COMPANY OF NORTH AMERICA,

Defendant.

---

**ORDER DISMISSING CIGNA CORPORATION**
**WITHOUT PREJUDICE**

---

**THIS MATTER**, having come before the Court, the Court having reviewed the Stipulation for Dismissal without Prejudice and the file, having considered said Stipulation for Dismissal, and being fully advised in the premises, the Court hereby

**ORDERS** that the Stipulation for Dismissal without Prejudice (ECF No. 12) is GRANTED.  Plaintiff's claims against Cigna Corporation are dismissed without prejudice to refile at a later date if appropriate, each party to pay its own costs, expenses, and attorney fees.  The Clerk of the Court shall amend the case caption to reflect the dismissal of Defendant Cigna Corporation.

This dismissal has no effect on the claims asserted against Life Insurance Company of North America.

-2-

Dated: January 28, 2015

          **BY THE COURT:**

          s/ Wiley Y. Daniel
          Wiley Y. Daniel
          Senior United States District Judge