IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00137-WYD-MJW

CARL VAN STEEN,

Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, *a Pennsylvania corporation*,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Civil Case Scheduling Order in an ERISA Action (Docket No. 25) is GRANTED for good cause shown. The Scheduling Order (Docket No. 22) is AMENDED such that:

- Opening brief(s) due September 25, 2015;
- Response brief(s) due October 23, 2015; and
- Reply brief(s) due November 6, 2015.

Date: August 26, 2015