IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00137-WYD-MJW

CARL VAN STEEN,

Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, *a Pennsylvania corporation*,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Second Unopposed Motion to Amend Civil Case Scheduling Order in an ERISA Action (Docket No. 28) is GRANTED for good cause shown. The Scheduling Order (Docket No. 22) is AMENDED such that:

- Opening brief(s) due October 30, 2015;
- Response brief(s) due December 4, 2015; and
- Reply brief(s) due December 18, 2015.

The parties are advised that no further extensions will be granted on the basis of settlement negotiations and mediation alone.

Date: September 17, 2015